JS-6

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-17-2014

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LESLIE JAMES GAINES, JR., | Case No. CV 14-05193 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN (Warden), | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

Dated: July 15, 2014

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY